IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADVANCED PHOTOCRAFT
TECHNOLOGY, INC., a Delaware
corporation,

    Plaintiff and Counter-
Defendant,

  v.

L-3 COMMUNICATIONS CORPORATION,
a Delaware corporation,

    Defendant and Counter-
Claimant.
                                          /

No. C 06-06470 WHA

**ORDER AMENDING
TRIAL DATE**

Paragraph 10 of the case management order is amended as follows:

10.   A **JURY/BENCH TRIAL** shall begin on *JANUARY 22, 2008, at 7:30 A.M.*, in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.  The trial schedule and time limits shall be set at the final pretrial conference.  Although almost all trials proceed on the date scheduled, it may be necessary on occasion for a case to trail, meaning the trial may commence a few days or even a few weeks after the date stated above, due to calendar congestion and the need to give priority to criminal trials.  Counsel and the parties should plan accordingly, including advising witnesses.

**IT IS SO ORDERED.**

Dated: April 18, 2007.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE