MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (Bar No. CA 164751)
E-mail: cwanger@manatt.com
JOHN P. KERN (Bar No. CA 206001)
E-mail: jkern@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiff and Counter-Defendant
ADVANCED ROTORCRAFT TECHNOLOGY, INC.

DAVID D. COOKE (Bar. No. 094939)
NICHOLAS A. SUBIAS (Bar No. 228789)
ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
Three Embarcardero Center, 12th Floor
San Francisco, CA 94111
Tel: (415) 837-1515
Fax: (415) 837-1516
Email: dcooke@allenmatkins.com
Email: nsubias@allenmatkins.com

Attorneys for Defendant and Counterclaimant
L-3 COMMUNICATIONS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADVANCED ROTORCRAFT TECHNOLOGY, INC., a Delaware corporation,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>L-3 COMMUNICATIONS CORPORATION, a Delaware corporation,<br><br>    Defendant and Counter-Claimant. | **Case No**. C06-06470 WHA<br><br>**STIPULATED ORDER OF SETTLEMENT AND DISMISSAL** |

Plaintiff and Counter-Defendant, Advanced Rotorcraft Technology, Inc. ("ART"), and Defendant and Counterclaimant, L-3 Communications Corporation ("L-3"), while not admitting any of the allegations of the Complaint or Counterclaim except as to jurisdiction, which they concede, hereby stipulate:

1. The parties executed a Settlement Agreement effective as of May 31, 2007, and agreed to the entry of this Stipulated Order of Dismissal as part of that Settlement Agreement.

2. The Court should retain and reserve jurisdiction to enforce the terms of the Settlement Agreement. In the event of an uncured breach of the Settlement Agreement in any respect, the parties shall have the right to apply to this Court and this Court shall award appropriate relief pertaining to such breach.

3. Subject to the terms and conditions of the Settlement Agreement, all of the claims and counterclaims of the parties should be dismissed with prejudice.

Dated:   June 6, 2007                MANATT, PHELPS & PHILLIPS, LLP


                                     By:   /s/ Christopher L. Wanger
                                           Christopher L. Wanger

                                     *Attorneys for Plaintiff and Counter-Defendant*
                                     ADVANCED ROTORCRAFT TECHNOLOGY, INC


Dated:   June 6, 2007                ALLEN, MATKINS, LECK, GAMBLE, MALLORY
                                     & NATSIS LLP


                                     By:   /s/David D. Cooke
                                           David D. Cooke

                                     *Attorneys for Defendant and Counter-Plaintiff*
                                     L-3 COMMUNICATIONS CORPORATION

1       Attestation Regarding Signature: This document is being filed electronically under my User ID and Password.  Pursuant to General Order 45, Section X.B, I hereby attest that concurrence in this filing of this document has been obtained from each of the other signatories to this document.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed June 6, 2007 in San Francisco, California.


                         /s/ David D. Cooke

                         David D. Cooke

# **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREFOR:

1. The instant action and all claims alleged herein shall be dismissed with prejudice.

~~2. The Court retains jurisdiction to enforce the parties' Settlement Agreement in accordance with its terms.~~

IT IS SO ORDERED.

DATED: __June 7_____, 2007

By: _____
The Honorable William Alsup
United States District Judge

20182179.1